1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  WILLIAM SKEWES-COX (DCBN 1780431)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7055
7       FAX: (415) 436-7234
        william.skewes-cox@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,            )  CASE NO. 3:25-mj-71453 MAG
                                          )
14 |      Plaintiff,                      )  UNITED STATES' APPLICATION AND
                                          )  [PROPOSED] ORDER TO UNSEAL COMPLAINT
15 | v.                                   )  AND ARREST WARRANT
                                          )
16 | EDI GOMEZ HERNANDEZ,                 )
                                          )
17 |      Defendant.                      )
                                          )
18

19      The United States, through undersigned counsel, respectfully moves this Court to unseal the

20 criminal complaint, arrest warrant, and all attachments in the above-captioned matter. The United States

21 has confirmed that the defendant is currently in custody on a supervised release violation in the Southern

22 District of California, and therefore there is no concern regarding jeopardizing the defendant's arrest.

23

24 DATED: December 5, 2025                         Respectfully submitted,

25                                                 CRAIG H. MISSAKIAN
                                                   United States Attorney
26

27                                                 */s/ William Skewes-Cox*
                                                   WILLIAM SKEWES-COX
28                                                 Special Assistant United States Attorney

UNSEALING APP. AND PROPOSED ORDER          1
3:25-mj-71453 MAG

# ~~[PROPOSED]~~ ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the complaint, arrest warrant, and all attachments in the above-captioned matter be unsealed.

IT IS SO ORDERED.

DATED: December 8, 2025

_____
HONORABLE Thomas S. Hixson
United States Magistrate Judge